IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FACUNDO SUAREZ GUERRERO, | § § § |
| Petitioner, | § § |
| v. | §  Civil Action No. H-25-5351 § § |
| KRISTI NOEM, *et. al.*, | § § § |
| Respondents. | § |

## ORDER

Before the Court is Petitioner Facundo Suarez Guerrero's Motion for a Temporary Restraining Order and the accompanying Motion for Hearing. See ECF No. 3. Having considered the motion and the urgent circumstances presented, the Court finds good cause to set a hearing on the requested relief in accordance with Federal Rule of Civil Procedure 65(b). Accordingly, the Court hereby

**ORDERS** that a hearing on Petitioner's Motion for Temporary Restraining Order is hereby scheduled for Friday, November 21, 2025, at 10:30AM in Courtroom 8A of the Bob Casey United States Courthouse located at 515 Rusk Avenue, Houston, TX 77002. The Court further

**ORDERS** that Respondents shall: (1) produce Petitioner Facundo Suarez Guerrero to appear in person at the scheduled hearing; and (2) TAKE NO ACTION to remove, transfer, or otherwise alter Petitioner's custodial status outside the

Southern District of Texas before the hearing without further order of this Court. The Court further

**ORDERS** that the parties be prepared to discuss the possibility of the Petitioner's immediate release from custody after the Court's consideration of the arguments raised at the forthcoming hearing. The Court further

**ORDERS** that counsel for Respondents ensure that Petitioner is transported from his place of detention at the Houston Contract Detention Facility, and brought before the Court for the forthcoming hearing.

SIGNED at Houston, Texas, on this __18__ day of November, 2025.

                                              DAVID HITTNER
                                              United States District Judge