IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FACUNDO SUAREZ GUERRERO, | § § § § § | |
| Petitioner, | § | |
| v. | § | Civil Action No. H-25-5351 |
| KRISTI NOEM, *et. al.*, | § § § | |
| Respondents. | § | |

ORDER

Pending before the Court are Petitioner Facundo Suarez Guerrero's Petition for a Writ of Habeas Corpus (Document No. 1), and his Motion for a Temporary Restraining Order (Document No. 3). The Court considered the petition and motion in open court and heard arguments from Petitioner's Counsel and the Government regarding the urgent circumstances presented. Having considered the petition and motion, submissions, strong guidance from the Supreme Court of the United States and Fifth Circuit,[1] and arguments raised by the parties at the Court's emergency hearing held on this date, the Court hereby

**ORDERS** that Petitioner Facundo Suarez Guerrero's Petition for Writ of Habeas Corpus (Document No. 1) is **GRANTED**. The Court further

---

[1] *See Jennings, et. al., v. Rodriguez, et. al.*, 583 U.S. 281 (2018); *see also Martinez v. Mukaskey*, 519 F.3d 532 (5th Cir. 2008).

**FINDS** that Petitioner is an alien already present in the country and thus, should be subject to 8 U.S.C. § 1226(a), considering the Petitioner's pending application for admission, the Respondent's issuance of a visa number and valid work authorization, and the Petitioner's pending final interview to receive a green card. The Court further

**ORDERS** that Respondents must release Petitioner from custody immediately under the same conditions Petitioner was previously under. The Court further

**ORDERS** that Respondents are **PROHIBITED** from re-detaining Petitioner in connection with his current removal proceedings without an immediate individualized bond hearing. The Court further

**ORDERS** that the pending Motion for Temporary Restraining Order (Document No. 3) is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this 21 day of November, 2025.

_____
DAVID HITTNER
United States District Judge